UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2025

MARIE MARINO, ET AL.,

                              Plaintiffs,

-against-

WEST 200 ENTERPRISES, INC., ET AL.,

                              Defendants.

25-CV-06122 (MMG)

**ORDER TO MOVE FOR
DEFAULT JUDGMENT**

MARGARET M. GARNETT, United States District Judge:

Defendants West 200 Enterprises, Inc., Ofra Ben Moha, and Solomon Ben Moha ("Defendants") appear to be in default in this action. *See* Dkt. Nos. 6–8 (affidavits of service). It is ORDERED that if Defendants do not respond to the Complaint or appear by **September 26, 2025**, then by **October 3, 2025**, Plaintiffs must file any motion for default judgment in accordance with the Court's Individual Rules & Practices. It is further ORDERED that Defendants shall file any opposition to any motion for default judgment by **October 21, 2025**, and, if an opposition is filed, Plaintiff may reply by **October 28, 2025.** If Plaintiffs' counsel submits calculations in support of any motion for default judgment, Plaintiffs' counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov.

Plaintiffs shall serve a copy of this Order on Defendants by first-class mail and/or by in-person service **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**. In the event Plaintiffs file a motion for default judgment, Plaintiffs shall serve the motion papers on Defendants by **October 8, 2025**, and shall file proof of such service by **October 9, 2025**.

Dated:  September 9, 2025
        New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge