USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    4/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE MARINO, et al.,

                           Plaintiffs,

            -against-

WEST 200 ENTERPRISES, INC., et al.,

                           Defendants.

25-CV-06122 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

This is an action under the Fair Labor Standards Act ("FLSA").  On March 24, 2026, the Court received word that the parties had reached a settlement.  Dkt. No. 15.  Accordingly, on March 30, 2026, to satisfy *Cheeks v. Freeport Pancake House*, the Court ordered the parties to file the settlement agreement and a joint letter, or a Rule 68(a) Offer of Judgment, or a fully executed consent form to proceed before a magistrate judge, on or before April 7, 2026.  Dkt. No. 16.

The April 7, 2026 deadline passed a week ago, but the parties failed to make the Court-ordered filing, in clear disregard of the Court's March 30, 2026 Order.

The parties are hereby ORDERED to make the required filings (*see* Dkt. No. 16) on or before **Monday, April 20, 2026**.  Sanctions may issue if the parties miss this deadline again.

Dated: April 14, 2026
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge