**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

MARIE MARINO, et al.,

              Plaintiffs,

         -against-

WEST 200 ENTERPRISES, INC., et al.,

            Defendants.

-------------------------------------------------------------x

         25-cv-6122 (OTW)

         **<u>ORDER</u>**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' settlement submission pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). (ECF 24). The Court has reviewed ECF 24, and finds that the proposed settlement is fair and reasonable.

The Clerk is respectfully directed to close the case and terminate all outstanding motions.

**SO ORDERED.**

Dated: July 1, 2026            <u>*s/ Ona T. Wang*</u>
      New York, New York                 **Ona T. Wang**
                         United States Magistrate Judge